IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| AKOLOUTHEO, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>INT'L BUSINESS MACHINES, CORP.,<br><br>    Defendant. | CIVIL ACTION NO.: 4:19-cv-551<br><br>JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL

CAME ON THIS DAY for consideration the Motion for Dismissal filed by the Plaintiff in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit are hereby dismissed WITH PREJUDICE.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

All relief not previously granted is hereby DENIED.

The Clerk is directed to CLOSE this civil action.

**IT IS SO ORDERED**.

SIGNED this 17th day of September, 2019.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE